UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

KELLY NAROWSKI,

    Plaintiff,

                                        CASE NO: 2:22-CV-02012-EFM-ADM

vs.

DEVELOPMENT, INC.,


    Defendants
_____/

## **JOINT NOTICE OF SETTLEMENT**

Come now the parties, jointly, by and through undersigned counsel, and advise the Court that the parties have reached a settlement of all disputed issues and are in the process of circulating settlement documents for execution. The parties anticipate filing a joint stipulation of dismissal with prejudice with the Court within the next 30 days.

Dated this 18th day of February, 2022.

                                        Respectfully submitted,

*/s/ David P. Calvert*                       */s/ Edward I. Zwilling*
David P. Calvert, Esq.                    Edward I. Zwilling, Esq.
Local Counsel for Plaintiff             Lead Counsel for Plaintiff
Kansas State Bar No.: 06628         Ala. Bar No. ASB-1564-L54E
532 N. Market Street                      Law Office of Edward I. Zwilling, LLC
Wichita, Kansas 67214                 4000 Eagle Point Corporate Drive
Telephone:   (316) 269-9055         Birmingham, Alabama 35242
lawdpc@swbell.net                       Telephone:   (205) 822-2701
                                                      edwardzwilling@zwillinglaw.com

*/s/ Aimee M. Bateman*
Aimee M. Bateman, Esq.
Counsel for Defendant
Kansas State Bar No.: 29033
Bateman Law Group, LLC
520 S. 4th Street
Leavenworth, KS 66048
Telephone: (913) 565-2998
Email:  aimee@leavenworthlawyer.com