UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

KELLY NAROWSKI,

    Plaintiff,

vs.                                  CASE NO: 2:22-CV-02012-EFM-ADM

DEVELOPMENT, INC.,

    Defendant
_____/

## JOINT STIPULATION OF DISMISSAL

Come now parties, jointly, by and through undersigned counsel, and hereby file with the Court this Joint Stipulation of Dismissal with Prejudice. The parties request that this Court retain jurisdiction for purposes of enforcing the settlement agreement entered into between the parties. Except as set forth in the settlement agreement, all parties shall bear their own attorneys' fees and costs.

Respectfully submitted this the 6th day of March, 2022.

| | |
|---|---|
| */s/ David P. Calvert* | */s/ Aimee M. Bateman* |
| David P. Calvert, Esq. | Aimee M. Bateman, Esq. |
| Kansas State Bar No: 06628 | Counsel for Defendant |
| Plaintiff's Local Counsel | Kansas State Bar No.: 29033 |
| Kansas State Bar No.: 06628 | Bateman Law Group, LLC |
| 532 N. Market Street | 520 S. 4th Street |
| Wichita, Kansas 67214 | Leavenworth, KS 66048 |
| Telephone: (316) 269-9055 | Telephone: (913) 565-2998 |
| lawdpc@swbell.net | aimee@leavenworthlawyer.com |

*/s/ Edward I. Zwilling*
Edward I. Zwilling, Esq.
Plaintiff's Lead Counsel
Ala. Bar No. ASB-1564-L54E
Law Office of Edward I. Zwilling, LLC
4000 Eagle Point Corporate Drive
Birmingham, Alabama 35242
Telephone: (205) 822-2701
edwardzwilling@zwillinglaw.com